JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DONALDSON TRUCKING, INC., an Arizona corporation; BRANDI ALVAREZ, an individual,<br><br>Defendants. | No. 8:25-cv-00281-DSF-KES<br><br>JUDGMENT |

The Court having granted Plaintiff's motion for default judgment,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff and against Defendants Donaldson Trucking, Inc. and Brandi Alvarez in the amount of $156,046.53, consisting of $140,417.90 in unpaid loan payments, $8,617.28 in prejudgment interest, $6,408.35 in attorneys' fees, and $603.00 in costs. Post-judgment interest is to accrue in accordance with 28 U.S.C. § 1961 from the date of entry of judgment.

Date: July 2, 2025

Dale S. Fischer
United States District Judge